EXHIBIT A

## Six Chinese Manufacturers' Goods

6/26/15

1. Purchasers:   Sunny Lam and his entities (Focus 2000 Corp., W.R.9000 Corp., Eaglemen Corp.)

2. Total Purchase Amount:   $4,120,303.90 (See Details Below)

3. Company Code:   WR=W.R.9000; E=Eaglemen; F=Focus 2000

### 1. Shanghai Weiyi International Trade Co., Ltd. ($1,650,909.90)

Li Song, classic_lee@msn.com; 86-021-62307967; 138-0196-4041

802K, No.4711 Jiaotong Road, Putuo District, Shanghai

| No. | PO No. | Date | Invoice No. | Actual Buyer | Con-signee | Ship To | Amounts (USD) | Ware-house |
|-----|--------|------|-------------|--------------|------------|---------|---------------|------------|
| 1 | 1416/12346628 | 3/11/2014 | E14006WA-BY | WR | E | E | 63,720.00 | NY |
| 2 | 12346624 | 3/12/2014 | E14006WA-BY | WR | E | E | 112,216.50 | LA |
| 3 | 27/12346636 | 3/24/2014 | E14010WA-BY | WR | E | E | 214,315.20 | LA |
| 4 | 12346639 | 3/31/2014 | E14012WA-BY | WR | E | E | 61,171.20 | LA |
| 5 | 1987/21780 | 3/31/2014 | E14011WA-BY | WR | E | E | 24,720.00 | LA |
| 6 | 12346628 | 4/4/2014 | E14013WA-BY | F | E | E | 40,108.20 | NY |
| 7 | 29 | 4/26/2014 | E14013WA-BY | WR | E | E | 44,866.80 | NY |
| 8 | 34 | 6/15/2014 | 14001FLD-1 | WR | E | E | 119,215.20 | LA |
| 9 | 35 | 6/15/2014 | 14001FLD-2 | WR | E | E | 106,920.00 | LA |
| 10 | 1448/33 | 6/15/2014 | 14001FLD-3 | WR | E | E | 57,454.80 | NY |
| 11 | 1445/32 | 6/30/2014 | E14001MQ-XN | WR | E | E | 140,976.00 | LA |
| 12 | 1446/40 | 7/10/2014 | E14002MQ-XN | E | E | E | 16,340.40 | LA |
| 13 | 1345/45 | 7/10/2014 | E14003MQ-XN | E | E | E | 86,508.00 | LA |
| 14 | 1471/46 | 7/16/2014 | E14003MQ-XN/2 | E | E | E | 86,508.00 | LA |
| 15 | 1446/40 | 7/18/2014 | E14002MQ-XN | WR | E | E | 16,340.40 | LA |
| 16 | 45 | 7/27/2014 | N/A | WR | E | E | 86,508.00 | LA |
| 17 | 46 | 7/27/2014 | E14003MQ-XN/2 | WR | E | E | 86,508.00 | LA |
| 18 | 47 | 7/27/2014 | E14003MQ-XN/3 | WR | E | E | 86,508.00 | LA |
| 19 | 1459/44 | 7/24/2014 | 14001XN/1 | E | E | E | 56,357.80 | LA |
| 20 | | 8/1/2014 | | WR | E | E | 100,278.00 | LA |
| 21 | | 7/24/2014 | 14001XN/2 | E | E | E | 28,321.40 | LA |
| 22 | | 8/4/2014 | 14001XN/3 | WR | E | E | 15,048.00 | LA |
| Total: | | | | | | | 1,650,909.90 | |

### 2. Shanghai Jinmei Import & Export Co., Ltd. ($903,336.40)

Hannah Gao, gaozhao_tgi@vip.163.com

Mr. Wu Baokang, 86-021-58436029, 189-3048-0225

| | | Block D 11Fl No. 15 Xiangcheng Road, Pudong New Area Shanghai | | |
|---|---|---|---|---|
| No. | Date of Issue | Document | Issued to | Amount (USD) |
| 1 | 8/15/14 | Sales Confirmation No. PO50/51 | Waitex Group | 223,920.00 |
| 2 | 8/26/14 | Sales Confirmation No. PO53 | Waitex Group | 451,670.00 |
| 3 | 9/16/14 | Invoice No. 2014HY005 | N/A | 227,746.40 |
| Total: | | | | 903,336.40 |

**3. Orient International Holding Shanghai Knitwear Imp & Exp Co., Ltd. ($333,230.40)**

Floor 3, 26, 27 Guangming Building No.2 East Jinling Road, Shanghai, China

| No. | Date | Document | Issued to | Amount (USD) |
|---|---|---|---|---|
| 1 | 10/6/14 | Invoice No. 20141006 | WR | 30,996.00 |
| 2 | 10/10/14 | Invoice No. 20141010 | WR | 8,856.00 |
| 3 | 10/11/14 | Invoice No. 20141011 | WR | 6,480.00 |
| 4 | 10/13/14 | Invoice No. 20141013 | WR | 44,071.20 |
| 5 | 10/19/14 | Invoice No. 20141019 | WR | 16,988.40 |
| 6 | 10/23/14 | Invoice No. 20141023 | WR | 37,638.00 |
| 7 | 10/27/14 | Invoice No. 20141027 | WR | 26,208.00 |
| 8 | 11/3/14 | Invoice No. 20141103 | WR | 71,161.20 |
| 9 | 11/4/14 | Invoice No. 20141104 | WR | 29,862.00 |
| 10 | 12/10/14 | Invoice No. 20141210 | WR | 60,969.60 |
| Total: | | | | 333,230.40 |

**4. Suzhou Everich Imp. and Exp. Co., Ltd. ($531,766.20)**

Everich Trade Mansion, No. 265 Fenghuang Street, Suzhou, Jiangsu, China

| No. | Date | Document | Issued to | Amount (USD) |
|---|---|---|---|---|
| 1 | 11/5/14 | Invoice No. 20141105 | WR | 18,846.00 |
| 2 | 11/11/14 | Invoice No. 20141111 | WR | 74,786.40 |
| 3 | 11/17/14 | Invoice No. 20141117 | WR | 32,184.00 |
| 4 | 11/18/14 | Invoice No. 20141118 | WR | 62,751.60 |
| 5 | 11/18/14 | Invoice No. 20141118 | WR | 6,412.80 |
| 6 | 11/23/14 | Invoice No. 20141123 | WR | 38,052.00 |
| 7 | 11/25/14 | Invoice No. 20141125 | WR | 35,784.00 |
| 8 | 11/30/14 | Invoice No. 20141130 | WR | 79,718.40 |
| 9 | 12/16/14 | Invoice No. 20141216 | WR | 69,314.40 |
| 10 | 12/30/14 | Invoice No. 20141226 | WR | 113,943.60 |
| Total: | | | | 531,793.20 |

**5. Shanghai Hongyi International Trade Co., Ltd. ($244,162.80)**

Contact: None.

| No. | Date | Document | Issued to | Amount (USD) |
|---|---|---|---|---|
| 1 | 8/27/14 | Invoice No. 20140827 | WR | 28,944.00 |
| 2 | 8/31/14 | Invoice No. 20140831 | WR | 14,515.20 |
| 3 | 9/1/14 | Invoice No. 20140901 | WR | 16,264.80 |
| 4 | 9/7/14 | Invoice No. 20140901 | WR | 4,989.60 |

| No. | Date | Document | Issued to | Amount (USD) |
|---|---|---|---|---|
| 5 | 9/8/14 | Invoice No. 20140908 | WR | 82,814.40 |
| 6 | 9/12/14 | Invoice No. 20140912 | WR | 32,356.80 |
| 7 | 9/21/14 | Invoice No. 20140921 | WR | 64,278.00 |
| Total: | | | | 244,162.80 |

### 6. To Be Identified ($456,871.20)

Contact: None.

| No. | Date | Document | Issued to | Amount (USD) |
|---|---|---|---|---|
| 1 | 7/7/14 | P/O #Luscious Cream c/o Fabric Mill | WR | 156,584.40 |
| 2 | 7/4/14 | P/O #Citi Trends c/o Fabric Mill | WR | 123,750.00 |
| 3 | 7/3/14 | P/O #Citi Trends c/o Fabric Mill | WR | 176,536.80 |
| Total: | | | | 456,871.20 |

**Grand Total:   $4,120,303.90**