**Martin S. Rapaport, P.C.**
Attorneys at Law
6th Floor
18 East 48th Street
New York, New York 10017

(212) 688-1980
(212) 355-4175
Fax (212) 688-9374

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/22/15

Honorable Colleen McMahon
United States District Court
 For The Southern District Of New York
500 Pearl Street
Room 1640
New York, New York 10007

Octoberr 21, 2015

**MEMO ENDORSED**

Re: <u>Shanghai Weiyi International Trade Co., Ltd.
 v. Focus 2000, et al.</u>, Docket No. 15 Civ 03533 (CM)(JCF)

Dear Judge McMahon:

    We represent Defendants Focus 2000, WR 9000 and Sunny Lam in the above captioned action now pending before your Honor.

    At the conference held on October 16, 2015 before your Honor in this case, we understood your Honor to suggest that in view of the fact that the essential nature of the above named case was in contract (action for goods sold and delivered), allegations made by the Plaintiff in its Amended Complaint relating firstly to any relationship between Defendants and "Six Chinese Manufacturers" and secondly to any relationship between the Defendants and "Eternal Fortune Fashions, LLC" were too tangential to the instant case to merit or require discovery either because none of these entities was the subject of apparel delivered by the Plaintiff or because, in the case of Eternal Fortune Fashions, LLC, the Plaintiff's allegations raised issues which are fundamental to the action — <u>Focus 2000 Corp. v. Eternal Fortune Fashion LLC and Wu & Kao, PLLC</u> (Index #650619/2015) – which has been pending before Hon. Robert Reed in Supreme Court, New York County. Since however, the Plaintiff's fraud claim still exists we are uncertain as to whether or not we must produce as part of our F.R.C.P. 26 production documents and information relating to the "Six Chinese Manufacturers" and/or "Eternal Fortune Fashions, LLC."

    We respectfully ask therefore for an order of reference to Magistrate Judge James C. Francis IV to obtain clarification and direction on this point.

MSR:sr
cc. Wu & Kao, PLLC
    James Montgomery, Esq.

Yours respectfully,
Martin Rapaport
Martin S. Rapaport

*[Handwritten endorsement: 10/22/2015 — I have not dismissed any claims, so the answer is YES]*